AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 2252(a)(2) and 2252(b)(1) - Attempted Distribution of Child Pornography;
18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
COUNT 1: Mandatory min. 5 yrs. imprisonment, max of 20 yrs.; $250,000 fine; up to lifetime supervised release; $100 special assessment. COUNT 2: 10 yrs. imprisonment; $250,00 fine; up to lifetime supervised release; $100 special assessment.

---- PROCEEDING ----
Name of Complainant Agency, or Person (&Title, if any)

Sacramento County Sheriff's Department

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Chinhayi Coleman, AUSA

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC 1 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT - U.S. ----

▶ OSCAR MERINO

DISTRICT COURT NUMBER

CR07-0795  CW

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year _____
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
**VENUE: OAKLAND**


CR07-0795  CW

UNITED STATES OF AMERICA,

V.

OSCAR MERINO,

**FILED**
DEC 1 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

---

## INDICTMENT

18 U.S.C. § 2252(a)(2) and 2252(b)(1) - Attempted Distribution of Child Pornography
18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography; Forfeiture Allegation

---

A true bill.

_____
Foreman

Filed in open court this 13th day of December, 2007

_____
Clerk

Bail, $ No bail, arrest warrant.
Wayne D. Brazil   12-13-07

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
DEC 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0795 |
| Plaintiff, ) | |
| ) | VIOLATIONS: |
| v. ) | 18 U.S.C. § 2252(a)(2) and 2252(b)(1)- Attempted Distribution of Child Pornography; |
| OSCAR MERINO, ) | 18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography; Forfeiture Allegation |
| Defendant. ) | OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (18 U.S.C. §§2252(a)(2) and 2252(b)(1) – Attempted Distribution of Child Pornography)

On or about March 8, 2007, in the Northern District of California, the defendant,

OSCAR MERINO,

did attempt to knowingly distribute visual depictions that had been shipped and transported in interstate or foreign commerce, and which contained materials which had been shipped and transported in interstate commerce, by any means including by computer, where the producing of such visual depictions, as he well knew, involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

INDICTMENT

COUNT TWO:        (18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography)

On or about April 3, 2007, in the Northern District of California, the defendant,

OSCAR MERINO,

did knowingly possess matters which contained visual depictions that had been shipped and transported in interstate or foreign commerce, and which were produced using materials that had been shipped and transported in interstate and foreign commerce, by any means including by computer, where the producing of such visual depictions, as he well knew, involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FORFEITURE ALLEGATION:        (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

Upon conviction of the offenses alleged in Counts One and Two, the defendant,

OSCAR MERINO,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), all visual depictions described in Title 18, United States Code Section 2252, and all property, real or personal, used or intended to be used to commit or promote the commission of the offenses of conviction, including but not limited to the following items that were seized from defendant on April 3, 2007:

   a.    Hewlett Packard Pavilion desktop computer, serial number MXM35108NS;
   b.    Western Digital 160GB hard drive, serial number WMAEK1727319.

DATED: December 13, 2007                    A TRUE BILL.

                                            _____
                                            FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

W. Douglas Sprague
Chief, Oakland Division

(Approved as to form: _____
                     AUSA Chinhayi J. Coleman

INDICTMENT