1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  CHINHAYI J. COLEMAN (CASBN 194542)
   Assistant United States Attorneys
5
6     1301 Clay Street, Suite 340S
      Oakland, California 94612
      Telephone: (510) 637–3924
7     Facsimile (510) 637-3724
      chinhayi.j.coleman@usdoj.gov
8
9  Attorneys for Plaintiff

**FILED**

DEC 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                     OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   NO. CR 07-0795
14           Plaintiff,              )
                                     )   SEALING APPLICATION AND
15     vs.                           )   SEALING ORDER
                                     )
16                                   )
17  OSCAR MERINO,                    )
                                     )
18           Defendant.              )
                                     )
19  _____

20     The United States requests that the Indictment, Penalty Sheet and Arrest Warrant (except
21  that the Clerk's office may provide a copy of the Arrest Warrant to the U.S. Attorney's Office) in
22  the above-captioned case filed with the Court on December 13, 2007, be filed under seal until
23  further order of the Court. The reason for this request is to facilitate the arrest of the defendant.
24  Revealing the Indictment may compromise the arrest of the defendant.
25  ////
26  ////
27  ////
28

SEALING APPLICATION AND ORDER

Document No.
District Court
Criminal Case Processing

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: December 13, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

CHINHAYI J. COLEMAN
Assistant United States Attorney

## ORDER

On the government's application, the Indictment, Penalty Sheet, and Arrest Warrant filed with the Court on December 13, 2007, shall be filed under seal until further order of the court (except that the Clerk's office may provide a copy of the Arrest Warrant to the U.S. Attorney's Office).

IT IS SO ORDERED.

DATED: 12-13-07

WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND ORDER          -2-