| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 11 Mins | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Ivy L. Garcia | | | REPORTER/FTR<br>FTR: 12/20/07 11:11:23-11:22:05 | | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | | DATE<br>12/20/07 | | | NEW CASE<br>☐ | CASE NUMBER<br>CR-07-00795-CW | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT<br>OSCAR MERINO | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Shawn Halbert | | PD. ☒ RET. ☐<br>APPT. ☐ | |
| U.S. ATTORNEY<br>Chinhayi Coleman | | INTERPRETER<br>Angela Zawadski (Spanish Int.) | | ☒ FIN. AFFT<br>SUBMITTED | ☒ | COUNSEL APPT'D | |
| PROBATION OFFICER<br>None | | PRETRIAL SERVICES OFFICER<br>Amy Berthelsen | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL | ☒ | PARTIAL PAYMENT ☒<br>OF CJA FEES COULD BE ORDERED BY JUDGE WILKEN AT THE END OF HIS CASE | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | ☒ STATUS<br>9 Mins HELD | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | | ☐ BOND HEARING | | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER | |
| ☒ DETENTION HRG<br>NOT HELD | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | ☒ ATTY APPT<br>HEARING<br>2 Mins HELD | |
| **INITIAL APPEARANCE** | | | | | | | |
| ☐ ADVISED<br>OF RIGHTS | ☐ ADVISED<br>OF CHARGES | | ☐ NAME AS CHARGED<br>IS TRUE NAME | | ☐ TRUE NAME | | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | | ☐ READING WAIVED<br>SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | | AMT OF SECURITY<br>$ | | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: | |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | | CORPORATE SECURITY ☐ | | | REAL PROPERTY: ☐ | |
| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED<br>TO CUSTODY | |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT<br>FILED | | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO:<br>12/21/07 | ☐ ATTY APPT<br>HEARING | | ☐ BOND<br>HEARING | | ☐ STATUS RE:<br>CONSENT | ☐ STATUS /<br>TRIAL SET | |
| AT:<br>9:30 a.m. | ☐ SUBMIT FINAN.<br>AFFIDAVIT | | ☐ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | | ☐ CHANGE OF<br>PLEA | ☐ OTHER | |
| BEFORE HON.<br>MARIA-ELENA JAMES | ☒ DETENTION<br>HEARING | | | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING | |
| ☒ TIME WAIVED BY<br>THE DEFT. RE: SPEEDY<br>TRIAL ACT DEADLINE<br>BET. NOW & UNTIL 1/23/08<br>FOR EFFECTIVE PREP. OF COUNSEL | ☒ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | | ☐ IDENTITY /<br>REMOVAL<br>HEARING | | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING | |
| ADDITIONAL PROCEEDINGS | | | | | | | |

FILED
DEC 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DOCUMENT NUMBER:

Case also set next bef. Judge C. Wilken on 1/23/08 at 2:00 p.m. (2:30 - if the deft. will be out of custody) for Status/Trial Setting
The deft. has one asset of some significance - real estate. This asset might later be used at least to contribute toward the cost of his defense. The Court appointed AFPD S. Halbert at this time. At the end of his case, this Court recommends that District Judge C. Wilken re-examine the deft's financial circumstances to determine what amount, if any, he should contribute to the cost of his defense. The govt's atty. shall provide the deft's atty. with the discovery this afternoon.
cc: WDB's Stats, Sheilah, Brenda Tolbert (via e-mail), Pretrial