**FILED**

DEC 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

OSCAR MERINO,

    Defendant(s).

No. CR-07-00795-CW

**REPORT & RECOMMENDATION REGARDING APPOINTMENT OF COUNSEL**

In court on December 20, 2007, I received defendant's financial declaration and questioned him on the record about his economic circumstances. Although he is currently employed, and has income, he also has significant ongoing expenses. While he has one asset of some significance - real estate, that property was recently refinanced wherein he borrowed $30,000 in equity. The $30,000 is currently in his bank account. The defendant will try to use that money to post as security for his bail and this asset might later be used at least to contribute toward the cost of his defense. I conclude that it is appropriate to appoint Assistant Federal Public Defender Shawn Halbert at this time. I recommend that, at the end of his case, District Judge Claudia Wilken re-examine the defendant's financial circumstances to determine what amount, if any, he should contribute to the cost of his defense.

IT IS SO ORDERED.

Dated: 12-20-07

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to: WDB's Stats, Copy to parties of record by ECF, Sheilah, Financial