BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant OSCAR MERINO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>OSCAR MERINO,<br><br>               Defendant. | No. CR 07-00795 CW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FROM JANUARY 24, 2008 BEFORE JUDGE JAMES TO JANUARY 31, 2008 BEFORE JUDGE BRAZIL |

      Defendant Merino's initial appearance was in Oakland before Judge Brazil on December 18, 2007. The matter was set for a possible detention hearing on December 20, 2007, as Judge Brazil was unavailable on December 21, 2007. However, because the pretrial services report had not been completed by December 20, Judge Brazil continued the matter to December 21, 2007 on the duty calendar in San Francisco.

      On December 21, 2007, the parties and pretrial services jointly recommended Mr. Merino's release subject to conditions, and Judge James ordered Mr. Merino released under those conditions. The matter was set for January 24, 2008 before Judge James for status on the issue of Mr. Merino's attempts to find an alternative living situation.

- 1 -

1    Because this is an Oakland case, and because there was no actual detention hearing (only an
2 agreement to release) before Judge James, the parties ask that all further matters relating to pretrial
3 release be heard before Judge Brazil in Oakland. The parties request that the January 24, 2008
4 appearance before Judge James be continued to a hearing on January 31, 2008 at 10:00 a.m. before
5 Judge Brazil for status on Mr. Merino's living situation.
6    The parties agree that the Order is appropriate only if the stipulation is acceptable to both
7 Judge James and Judge Brazil, and thus the Order would be effective only if signed by both judges.
8 SO STIPULATED.
9 Dated:       January 22, 2008                  /S/
10                                                SHAWN HALBERT
                                                  Assistant Federal Public Defender
11 SO STIPULATED.
12 Dated:       January 22, 2008                  /S/
13                                                CHINHAYI COLEMAN
                                                  Assistant United States Attorney
14
15    I hereby attest that I have on file all holograph signatures for any signatures indicated by
16 a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that all further matters relating to bail/release or detention shall be heard in Oakland Magistrate Court by Judge Brazil. Accordingly, the January 24, 2008 appearance before Judge James is continued to January 31, 2008 at 10:00 a.m. before Judge Brazil.

Dated:   January \_\_\_, 2008

                                                MARIA ELENA JAMES
                                                United States Magistrate Judge

Dates: January \_\_\_, 2008

                                                WAYNE D. BRAZIL
                                                United States Magistrate Judge