BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant OSCAR MERINO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>v.<br>OSCAR MERINO,<br>                Defendant. | No. CR 07-00795 CW<br><br>STIPULATION AND [PROPOSED] ORDER TO TAKE JANUARY 24, 2008 BEFORE JUDGE JAMES OFF CALENDAR |

    Yesterday the parties filed a stipulation and proposed order, requesting signatures from both Judge James and Judge Brazil in order to transfer bail/detention matters in the above-referenced case to Judge Brazil. However, Judge Brazil is not available until the end of the week, so the parties hereby jointly request that the status appearance scheduled before this Court tomorrow, January 24, 2008, be taken off calendar, to be re-calendered before this Court or Judge Brazil at a later date. Undersigned defense counsel has a hearing on an appeal of an order of release before Judge Jensen tomorrow, January 24, 2008 at 10:00 a.m. in Oakland on a case in which she was just appointed (taking over the case from private counsel). Thus, she is unavailable for court appearance in this matter. In light of defense counsel's unavailability and in light of the parties' joint request to transfer this matter to the duty magistrate in Oakland, the parties respectfully request that the status

- 1 -

1  appearance scheduled before this Court tomorrow, January 24, 2008, be taken off calendar, to be re-
2  calendered before this Court or Judge Brazil at a later date, in any event no later than January 31,
3  2008, which is the date that the parties requested in their previous stipulation.
4  SO STIPULATED.
5  Dated:    January 23, 2008                    /S/
6                                                _____
                                                 SHAWN HALBERT
                                                 Assistant Federal Public Defender
7  SO STIPULATED.
8  Dated:    January 23, 2008                    /S/
9                                                _____
                                                 CHINHAYI COLEMAN
                                                 Assistant United States Attorney
10
11     I hereby attest that I have on file all holograph signatures for any signatures indicated by
12  a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the appearance before Judge James on January 24, 2008 at 10:00 a.m. is taken off calendar, to be re-calendered before this Court or Judge Brazil at a later date, no later than January 31, 2008.

Dated:   January ___, 2008

_____
MARIA ELENA JAMES
United States Magistrate Judge