1   BARRY J. PORTMAN
    Federal Public Defender
2   SHAWN HALBERT
    Assistant Federal Public Defender
3   555 12th Street, Suite 650
    Oakland, CA 94607
4   Tel: (510) 637-3500

5   Counsel for Defendant OSCAR MERINO

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,            )    No. CR 07-00795 CW
                                         )
                      Plaintiff,         )
13                                       )    STIPULATION AND [PROPOSED]
                                         )    ORDER TO TAKE JANUARY 24,
14         v.                            )    2008 BEFORE JUDGE JAMES
                                         )    OFF CALENDAR
15  OSCAR MERINO,                        )
                                         )
                      Defendant.         )
16  _____  )

17

18          Yesterday the parties filed a stipulation and proposed order, requesting signatures from both

19  Judge James and Judge Brazil in order to transfer bail/detention matters in the above-referenced case

20  to Judge Brazil.  However, Judge Brazil is not available until the end of the week, so the parties

21  hereby jointly request that the status appearance scheduled before this Court tomorrow, January 24,

22  2008, be taken off calendar, to be re-calendered before this Court or Judge Brazil at a later date.

23  Undersigned defense counsel has a hearing on an appeal of an order of release before Judge Jensen

24  tomorrow, January 24, 2008 at 10:00 a.m. in Oakland on a case in which she was just appointed

25  (taking over the case from private counsel).  Thus, she is unavailable for court appearance in this

26  matter.  In light of defense counsel's unavailability and in light of the parties' joint request to

    transfer this matter to the duty magistrate in Oakland, the parties respectfully request that the status

                                        - 1 -

1  appearance scheduled before this Court tomorrow, January 24, 2008, be taken off calendar, to be re-

2  calendered before this Court or Judge Brazil at a later date, in any event no later than January 31,

3  2008, which is the date that the parties requested in their previous stipulation.

4  SO STIPULATED.

5  Dated:        January 23, 2008                          /S/

6                                              _____
                                               SHAWN HALBERT
                                               Assistant Federal Public Defender

7  SO STIPULATED.

8  Dated:        January 23, 2008                          /S/

9                                              _____
                                               CHINHAYI COLEMAN
                                               Assistant United States Attorney

10

11        I hereby attest that I have on file all holograph signatures for any signatures indicated by

12  a "conformed" signature (/S/) within this e-filed document.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the appearance before Judge James on January 24, 2008 at 10:00 a.m. is taken off calendar, to be re-calendered before this Court or Judge Brazil at a later date, no later than January 31, 2008.

Dated:   January 23 , 2008

IT IS SO ORDERED

Judge Maria-Elena James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA