1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500

5  Counsel for Defendant OSCAR MERINO

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,              )
12                                     )   No. CR 07-00795 CW
                        Plaintiff,     )
13                                     )   STIPULATION AND [PROPOSED]
            v.                         )   ORDER TO CONTINUE HEARING
14                                     )   DATE FROM JANUARY 24, 2008
   OSCAR MERINO,                       )   BEFORE JUDGE JAMES TO
15                                     )   JANUARY 31, 2008 BEFORE JUDGE
                        Defendant.     )   BRAZIL
16  _____)

17

18      Defendant Merino's initial appearance was in Oakland before Judge Brazil on December 18,

19  2007.  The matter was set for a possible detention hearing on December 20, 2007, as Judge Brazil

20  was unavailable on December 21, 2007.  However, because the pretrial services report had not been

21  completed by December 20, Judge Brazil continued the matter to December 21, 2007 on the duty

22  calendar in San Francisco.

23      On December 21, 2007, the parties and pretrial services jointly recommended Mr. Merino's

24  release subject to conditions, and Judge James ordered Mr. Merino released under those conditions.

25  The matter was set for January 24, 2008 before Judge James for status on the issue of Mr. Merino's

26  attempts to find an alternative living situation.

1    Because this is an Oakland case, and because there was no actual detention hearing (only an

2  agreement to release) before Judge James, the parties ask that all further matters relating to pretrial

3  release be heard before Judge Brazil in Oakland.  The parties request that the January 24, 2008

4  appearance before Judge James be continued to a hearing on January 31, 2008 at 10:00 a.m. before

5  Judge Brazil for status on Mr. Merino's living situation.

6    The parties agree that the Order is appropriate only if the stipulation is acceptable to both

7  Judge James and Judge Brazil, and thus the Order would be effective only if signed by both judges.

8  SO STIPULATED.

9  Dated:        January 22, 2008              /S/
                                             _____
10                                            SHAWN HALBERT
                                             Assistant Federal Public Defender
11  SO STIPULATED.

12  Dated:        January 22, 2008              /S/
                                             _____
13                                            CHINHAYI COLEMAN
                                             Assistant United States Attorney
14

15    I hereby attest that I have on file all holograph signatures for any signatures indicated by

16  a "conformed" signature (/S/) within this e-filed document.

17

18

19

20

21

22

23

24

25

26

1  **<u>ORDER</u>**

2      Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER

3  of this Court that all further matters relating to bail/release or detention shall be heard in Oakland

4  Magistrate Court by Judge Brazil.  Accordingly, the January 24, 2008 appearance before Judge

5  James is continued to January 31, 2008 at 10:00 a.m. before Judge Brazil.

6  Dated:   January  23 , 2008

7                                    _____
   MARIA-ELENA JAMES
   United States Magistrate Judge

8

9  Dates: January ___, 2008

10                                   _____
   WAYNE D. BRAZIL
   United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26