1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500

5  Counsel for Defendant OSCAR MERINO

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,                )
12                                          )    No. CR 07-00795 CW
                        Plaintiff,          )
13                                          )    STIPULATION AND [PROPOSED]
          v.                                )    ORDER CONTINUING STATUS
14                                          )    DATE FROM JANUARY 31, 2008 TO
   OSCAR MERINO,                            )    FEBRUARY 8, 2008 AT 10:00 A.M.
15                                          )
                        Defendant.          )
16  ─────────────────────────────────────  )

17

18       On December 21, 2007, the parties and pretrial services jointly recommended Mr. Merino's

19  release subject to conditions, and Judge James ordered Mr. Merino released under those conditions.

20  The matter was set for January 24, 2008 before Judge James for status on the issue of Mr. Merino's

21  attempts to find an alternative living situation.  Because this is an Oakland case, and because there

22  was no contested detention hearing before Judge James, the parties stipulated and both Judge James

23  and Judge Brazil agreed that further matters relating to pretrial release would be heard before Judge

24  Brazil in Oakland.  The parties requested that a January 31, 2008 at 10:00 a.m. before Judge Brazil

25  for status on Mr. Merino's living situation.

26       U.S. Pretrial Services Officer Rich Sarlatte is not available on January 31, 2008 because he has

    three appearances in San Francisco court that same morning.  The parties agree that the matter

1  should be continued to February 8, 2008 at 10:00 a.m.

2  SO STIPULATED.

3  Dated:        January 28, 2008                          /S/

4                                                  _____
                                                   SHAWN HALBERT
                                                   Assistant Federal Public Defender

5  SO STIPULATED.

6  Dated:        January 30, 2008                          /S/

7                                                  _____
                                                   CHINHAYI COLEMAN
                                                   Assistant United States Attorney

8

9        I hereby attest that I have on file all holograph signatures for any signatures indicated by

10  a "conformed" signature (/S/) within this e-filed document.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1    **<u>ORDER</u>**

2        Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER

3    of the appearance before this Court, scheduled for January 31, 2008, shall be continued to February

4    8, 2008 at 10:00 a.m.

5    Dated:   January  ___, 2008

6                                               WAYNE D. BRAZIL
                                                United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26