BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant OSCAR MERINO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>            Plaintiff,                 )<br>                                        )<br>      v.                                )<br>                                        )<br> OSCAR MERINO,                          )<br>                                        )<br>            Defendant.                  )<br>_____ ) | No. CR 07-00795 CW<br><br>STIPULATION AND ORDER CONTINUING STATUS DATE FROM JANUARY 31, 2008 TO FEBRUARY 8, 2008 AT 10:00 A.M. |

On December 21, 2007, the parties and pretrial services jointly recommended Mr. Merino's release subject to conditions, and Judge James ordered Mr. Merino released under those conditions. The matter was set for January 24, 2008 before Judge James for status on the issue of Mr. Merino's attempts to find an alternative living situation. Because this is an Oakland case, and because there was no contested detention hearing before Judge James, the parties stipulated and both Judge James and Judge Brazil agreed that further matters relating to pretrial release would be heard before Judge Brazil in Oakland. The parties requested that a January 31, 2008 at 10:00 a.m. before Judge Brazil for status on Mr. Merino's living situation.

U.S. Pretrial Services Officer Rich Sarlatte is not available on January 31, 2008 because he has three appearances in San Francisco court that same morning. The parties agree that the matter

- 1 -

1  should be continued to February 8, 2008 at 10:00 a.m.

2  SO STIPULATED.

3  Dated:        January 28, 2008                    /S/

4                                                            SHAWN HALBERT
                                                             Assistant Federal Public Defender

5  SO STIPULATED.

6  Dated:        January 30, 2008                    /S/

7                                                            CHINHAYI COLEMAN
                                                             Assistant United States Attorney

8

9      I hereby attest that I have on file all holograph signatures for any signatures indicated by

10 a "conformed" signature (/S/) within this e-filed document.

- 2 -

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of the appearance before this Court, scheduled for January 31, 2008, shall be continued to February 8, 2008 at 10:00 a.m.

Dated:   January  30, 2008

*/s/ Wayne D. Brazil*
WAYNE D. BRAZIL
United States Magistrate Judge

- 3 -