## ~~PROPOSED~~ ORDER/COVER SHEET

**TO:**   The Honorable Wayne D. Brazil     **RE:**   Oscar Merino
U.S. Magistrate Court Judge

**FILED**

**FROM:**   Claudette M. Silvera, Chief     FEB 2 5 2008     **DOCKET NO.:**   CR 07-0795 CW
U.S. Pretrial Services Officer

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DATE:**   February 25, 2008

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| **Rich Sarlatte** | **415-436-7508** |
| **U.S. Pretrial Officer Specialist** | **TELEPHONE NUMBER** |

**RE:    VIOLATION/INFORMATION**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X]   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

[ ]   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ]   Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

[ ]   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ]   Order(s)

A.

B.

[ ]   Bail Revoked/Bench Warrant Issued.

[ ]   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ]   Other Instructions:

_____

**JUDICIAL OFFICER**     **DATE** 2/25/08

**Cover Sheet (12/03/02)**

cc: WOB & Stats  Copy to parties via ECF
Sheilah, Pretrial, Financial

**To:**     Honorable Wayne D. Brazil
            U.S. Magistrate Judge
**From:**   Rich Sarlatte
            U.S. Pretrial Services Officer
**Subject:** USA v. Oscar Merino
            CR-07-0795
**Date:**   February 25, 2008



# MEMORANDUM

Your Honor:

Oscar Merino initially appeared before Your Honor on December 18, 2007, charged in an Indictment with violations of Title 18, United States Code, Section 1546(a) - False Statement on an Immigration Document; Title 18, United States Code, Section 2252(a)(2) and 2252(b)(1) - Attempted Distribution of Child Pornography; and Title 18, United States Code, Section 2252(a)(4)(B) - Possession of Child Pornography; Forfeiture Allegation.

On December 21, 2007, in Your Honor's absence, the Honorable Maria Elena James, United States Magistrate Judge, ordered the defendant released on a $100,000 unsecured bond with the following conditions:

1.   The defendant shall report to Pretrial Services as directed;
2.   The defendant shall not travel outside of the Northern District of California;
3.   The defendant shall surrender all passports and travel documents and shall not apply for new passports or travel documents;
4.   The defendant shall not possess any firearm, destructive device, or other dangerous weapon;
5.   The defendant shall remain in the custody of custodian Victor Merino and shall reside with him at 2092 California Avenue in San Pablo, California;
6.   The defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription;
7.   The defendant shall maintain employment, or if unemployed shall seek and maintain verifiable employment;
8.   The defendant shall submit to warrantless search of his person, place of residence and vehicle at the direction of Pretrial Services;
9.   The defendant shall not change residence without prior approval of Pretrial Services;
10.  The defendant shall be subject to mandatory electronic monitoring and may leave for purposes of medical, legal and employment and to seek alternative living; and
11.  The defendant will stay with his brother temporarily and will seek alternative housing that is not located near a school and where no minor children are living in the residence.

On February 8, 2008, Mr. Merino appeared before Your Honor to discuss his living situation. The defendant was told to place his condominium up for sale, and once sold he needed to find an alternative place to reside.

**MEMORANDUM TO THE HONORABLE WAYNE D. BRAZIL, U.S. MAGISTRATE JUDGE**
**RE: MERINO, OSCAR**            **DOCKET: CR 07- 0795**
**PAGE 2**

## INFORMATION:

On February 23, 2008, this officer was alerted by BI (electronic monitoring vendor) that the defendant did not return home for his 6:00pm curfew. This officer attempted to contact the defendant at his home, as well as by cellular telephone, however the calls were unanswered. This officer was successful in reaching the defendant's brother and custodian, Victor Merino. Victor and his son Jose (who speaks fluent English) reported that the defendant was at Doctors Medical Center in San Pablo, California, as he had apparently overdosed on prescription medication (apparent suicide attempt). They informed that the defendant was in critical condition.

Pretrial Services contacted the above hospital and confirmed his presence. However, they could not release any further information.

On February 24, 2008, this officer spoke with each of the above individuals who informed that they visited the defendant at the hospital on this morning and that the defendant was sedated and remained in critical condition. They stated that the doctor told them they will not know for a few days if he is going to survive.

On February 25, 2008, this officer confirmed the defendant's presence at the above hospital. Additionally, we spoke with the defendant's nephew Jose who reported that the defendant had stabilized further and that the doctors told them that his chance for survival was improving. However, Jose stated that the doctors were concerned that the defendant may have permanent heart damage.

This officer will continue to monitor the defendant's situation and will report to the Court any significant change.

This memorandum is submitted for Your Honor's information.

Respectfully Submitted,

RICH SARLATTE
Electronic Monitoring Specialist
United States Pretrial Services Officer

Reviewed by,

Allen Lew, Supervising
U.S. Pretrial Services Officer

cc:     Chinhayi J. Coleman, Assistant United States Attorney
       Shawn Halbert, Federal Public Defender