UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Starr Wilson, pro tem
**Date:** 3/5/08

**Plaintiff:** United States

**v.**                                                          **No.** CR-07-00795 CW

**Defendant:** Oscar Merino (not present)


**Appearances for Plaintiff:**
Chinhayi Coleman

**Appearances for Defendant:**
Shawn Halbert

**Interpreter:**
Angela Sawadski (Spanish)

**Probation Officer:**


**Speedy Trial Date:**


**Hearing:  Trial Setting (initial app.)**

**Notes:**    Defendant is in the hospital and defense counsel does not know when he will be released.  **Case continued to 5/7/08 at 2:30 p.m. for disposition or motions setting or trial setting.**    Time excluded for effective preparation and unavailability of defendant.  Counsel to submit stipulation for waiver of appearance and exclusion of time.

Copies to: Chambers