BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant OSCAR MERINO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR 07-00795 CW |
| v. | ) ORDER EXCLUDING TIME FROM ) MARCH 5, 2008 to MAY 7, 2008 |
| OSCAR MERINO, | ) |
| Defendant. | ) |

- 1 -

**STIPULATION**

The parties appeared before this Court on March 5, 2008. Defendant Oscar Merino was not present due to medical reasons and incapacitation due to hospitalization. The matter was continued to May 7, 2008. The parties stipulate and agree that the time between March 5, 2008 and May 7, 2008 should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(3)(A) for unavailability of defendant and 18 U.S.C. § 3161(h)(4) for defendant's physical inability to stand trial.

SO STIPULATED.

Dated:     March 13, 2008                         /S/
                                                    _____
                                                    SHAWN HALBERT
                                                    Assistant Federal Public Defender

SO STIPULATED.

Dated:     March 13, 2008                         /S/
                                                    _____
                                                    CHINHAYI COLEMAN
                                                    Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the time between March 5, 2008 and May 7, 2008 should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(3)(A) and 18 U.S.C. §3161(h)(4).

Dated: March 19, 2008

                                                    _____
                                                    CLAUDIA WILKEN
                                                    United States District Judge