~~PROPOSED ORDER/COVER~~ SHEET

e-FILED

APR 2 - 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

#24

| | | | |
|---|---|---|---|
| **TO:** | Honorable Wayne D. Brazil<br>U.S. Magistrate Judge | **RE:** | Oscar Merino |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Office | **DOCKET NO.:** | CR 07-0795 CW |
| **DATE:** | April 2, 2008 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Rich Sarlatte | 415-436-7508 |
|---|---|
| U.S. Pretrial Officer Specialist | TELEPHONE NUMBER |

**RE:   VIOLATION/INFORMATION**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. **4** on **THURS., 4/10/08** at **10:00 a.m.**

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____  Presiding District Court
Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Order(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____     _4-2-08_
JUDICIAL OFFICER     (signature: Wayne D. Brazil)     DATE

Cover Sheet (12/03/02)

cc: WDB's Stats Copy to parties via ECF, Sheilah, Pretrial, Financial