1  BARRY J. PORTMAN
   Federal Public Defender
2  REBECCA SULLIVAN SILBERT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant MERINO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. CR-07-0795 CW
                                       )
12                  Plaintiff,         )   **STIPULATION AND [PROPOSED]**
                                       )   **ORDER CONTINUING STATUS**
13  vs.                                )   **APPEARANCE**
                                       )
14  OSCAR MERINO,                      )   Current Date: May 7, 2008
                                       )   Requested Date: June 11, 2008
15                  Defendant.         )
   _____)
16

17         The parties in the above-captioned matter are scheduled to appear before the Court on

18  May 7, 2008 at 2:30 p.m.**.** The parties stipulate and agree that the matter should be continued to

19  June 11, 2008 at 2:30 p.m. because Mr. Merino will be changing counsel, new counsel needs

20  time for preparation, and new counsel has been called for jury duty on the currently scheduled

21  status date of May 7.  The parties further stipulate and agree that the ends of justice served by the

22  continuance requested herein outweigh the best interest of the public and the defendant in a

23  speedy trial because the failure to grant the continuance would deny the counsel for the defendant

24  the reasonable time necessary for effective preparation, taking into account the exercise of due

25  //

26  //

Stip to continue                    1

1   diligence, and would deny the defendant continuity of counsel.  The parties therefore stipulate

2   and agree that time should be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

3   _____                    /S/

         May 6, 2008                                    _____
4   Date                                                           Rebecca Sullivan Silbert
                                                                   Assistant Federal Public Defender
5
                                                                            /S/
6        May 6, 2008                                    _____
    Date                                                           Chinhayi Coleman
7                                                                  Assistant United States Attorney

8
    I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature
9   (/S/) within this e-filed document.

10
                                            **ORDER**
11
12          Based on the reasons provided in the stipulation of the parties above, the Court hereby

    FINDS that the ends of justice served by the continuance requested herein outweigh the best
13
    interest of the public and the defendant in a speedy trial because the failure to grant the
14
    continuance would deny the counsel for the defendant the reasonable time necessary for effective
15
    preparation, taking into account the exercise of due diligence, and would deny the defendant
16
    continuity of counsel.  The Court makes this finding because new counsel will be representing
17
    Mr. Merino, new counsel needs time to review the case and prepare, and new counsel has been
18
    called for jury duty on the currently scheduled appearance date of May 7.
19
            Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter
20
    is continued to June 11, 2008 at 2:30 p.m., and that time is excluded from May 7, 2008 to June
21
    11, 2008 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).
22
            IT IS SO ORDERED.
23

24
    _____                    _____
25  Date                                                Honorable Claudia Wilken
                                                        Judge, United States District Court
26                                                      Northern District of California