1  BARRY J. PORTMAN
   Federal Public Defender
2  REBECCA SULLIVAN SILBERT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

5  Counsel for Defendant MERINO

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,    )   No. CR-07-0795 CW
                                  )
12 |             Plaintiff,       )   **STIPULATION AND ORDER**
                                  )   **CONTINUING STATUS APPEARANCE**
13 | vs.                          )
                                  )   Current Date: May 7, 2008
14 | OSCAR MERINO,                )   Requested Date: June 11, 2008
                                  )
15 |             Defendant.       )
   |_____)

17       The parties in the above-captioned matter are scheduled to appear before the Court on

18 May 7, 2008 at 2:30 p.m.. The parties stipulate and agree that the matter should be continued to

19 June 11, 2008 at 2:30 p.m. because Mr. Merino will be changing counsel, new counsel needs

20 time for preparation, and new counsel has been called for jury duty on the currently scheduled

21 status date of May 7.  The parties further stipulate and agree that the ends of justice served by the

22 continuance requested herein outweigh the best interest of the public and the defendant in a

23 speedy trial because the failure to grant the continuance would deny the counsel for the

24 defendant the reasonable time necessary for effective preparation, taking into account the

25 exercise of due

26 //

Stip to continue                               1

//

diligence, and would deny the defendant continuity of counsel. The parties therefore stipulate and agree that time should be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

|  |  |
|---|---|
| May 6, 2008<br>Date | /S/<br>Rebecca Sullivan Silbert<br>Assistant Federal Public Defender |
| May 6, 2008<br>Date | /S/<br>Chinhayi Coleman<br>Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel. The Court makes this finding because new counsel will be representing Mr. Merino, new counsel needs time to review the case and prepare, and new counsel has been called for jury duty on the currently scheduled appearance date of May 7.

Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to June 11, 2008 at 2:30 p.m., and that time is excluded from May 7, 2008 to June 11, 2008 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

|  |  |
|---|---|
| 5/6/08<br>Date | *Claudia Wilken*<br>Honorable Claudia Wilken |

Stip to continue                                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

                Judge, United States District Court
                Northern District of California