BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MERINO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0795 CW |
| Plaintiff, | ) | **[PROPOSED] ORDER PLACING MISTAKENLY FILED DOCUMENT UNDER SEAL** |
| vs. | ) | |
| OSCAR MERINO, | ) | |
| Defendant. | ) | |

On or about April 2, 2008, the Court received a memorandum from Pretrial Services regarding recent conduct by defendant Oscar Merino. The Pretrial Services memorandum was mistakenly e-filed and entered as docket entry #24. The document was not intended to be a public document. It should be withdrawn from ECF and should remain under seal.

SO ORDERED.

_____          _____
Date                                                         Honorable Wayne D. Brazil
                                                               Magistrate Judge, United States District Court
                                                               Northern District of California

Stip to continue                                          1