```
1  BARRY J. PORTMAN
   Federal Public Defender
2  REBECCA SULLIVAN SILBERT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
6  Counsel for Defendant MERINO
```

**FILED**

MAY 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-07-0795 CW |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER PLACING MISTAKENLY FILED DOCUMENT UNDER SEAL |
| vs. | ) |
| OSCAR MERINO, | ) |
| Defendant. | ) |

On or about April 2, 2008, the Court received a memorandum from Pretrial Services regarding recent conduct by defendant Oscar Merino. The Pretrial Services memorandum was mistakenly e-filed and entered as docket entry #24. The document was not intended to be a public document. It should be withdrawn from ECF and should remain under seal.

SO ORDERED.

5-14-08
Date

/s/ Wayne D. Brazil
Honorable Wayne D. Brazil
Magistrate Judge, United States District Court
Northern District of California

cc: WDB's Stats Copy to parties via ECF, Sheilah, Pretrial Svcs.

~~Stip to continue~~

1