UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Diane Skillman**
**Date: 6/11/08**

**Plaintiff:**  United States

**v.**                                              **No.**  CR-07-00795 CW

**Defendant:**  Oscar Merino

**Appearances for Plaintiff:**
Chinhayi Coleman

**Appearances for Defendant:**
Colleen Martin

**Interpreter:**


**Probation Officer:**



**Speedy Trial Date:**


        **Hearing:  Disposition or Motions Setting or Trial Setting**

**Notes:**     Defense has considerable forensic exams that need to be done
and needs to have computer expert look at computer.  **Case continued to
8/13/08 at 2:30 p.m. for motions setting or trial setting or
disposition.**  Time excluded for effective preparation.

Copies to: Chambers