~~PROPOSED~~ ORDER/COVER SHEET

TO:     Honorable Wayne D. Brazil            RE:    Oscar Merino
        U.S. Magistrate Judge

        FILED
        AUG 1 2 2008
        RICHARD W. WIEKING
        CLERK, U.S. DISTRICT COURT
        NORTHERN DISTRICT OF CALIFORNIA
        OAKLAND

FROM:   Richard W. Wieking, Acting Chief     DOCKET NO.:   CR 07-0795 CW
        U.S. Pretrial Services Officer

DATE:   August 11, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

        Rich Sarlatte                         415-436-7508
        U.S. Pretrial Officer Specialist      TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[✓] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
    Magistrate Judge _____ Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Order(s)
    A.
    B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____    _____
JUDICIAL OFFICER  /s/ Wayne D. Brazil          DATE  8/12/08

Cover Sheet (12/03/02)

cc: WDB's Stats, Copy to parties via ECF, Sheilah, Pretrial, Financial