JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHINHAYI J. COLEMAN (CABN 194542)
Assistant United States Attorney

1301 Clay Street, Suite 340-S
Oakland, CA 94612
Telephone: (510) 637-3924
Facsimile: (510) 637-3724
E-Mail: chinhayi.j.coleman@usdoj.gov

Attorneys for the United States of America

**FILED**
SEP 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OSCAR MERINO, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 07-0795 CW <br><br> NOTICE OF DISMISSAL; ORDER |

NOTICE OF DISMISSAL; [PROPOSED] ORDER

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Indictment returned against this defendant. The government takes this action due to the death of the defendant.

DATED: September 23, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
CHINHAYI J. COLEMAN
Assistant United States Attorney

**LEAVE GRANTED.**

DATED: 9/24/08

*Claudia Wilken* (signature)

THE HONORABLE CLAUDIA WILKEN
United States District Court Judge

cc: U.S. Marshal
    PTS

NOTICE OF DISMISSAL; [PROPOSED] ORDER

1